No. 5346. JACKSON *v.* HARTFORD ACCIDENT & INDEMNITY CO. ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 1522, October Term, 1969. ADAMS ET AL. *v.* CITY OF COLORADO SPRINGS ET AL., 399 U. S. 901;

No. 1523, October Term, 1969. MOSCA *v.* UNITED STATES, 399 U. S. 911;

No. 1548, October Term, 1969. MAIORANI *v.* KAWASAKI KISEN K. K.; KOBE, ET AL., 399 U. S. 910;

No. 1554, October Term, 1969. DAPPER *v.* MUNICIPAL COURT, SAN DIEGO JUDICIAL DISTRICT, 399 U. S. 910;

No. 1558, October Term, 1969. ZIMMERMAN *v.* UNITED STATES ET AL., 399 U. S. 911;

No. 1560, October Term, 1969. SOMMER ET AL. *v.* UNITED STATES, 399 U. S. 911;

No. 1568, October Term, 1969. CARLOUGH *v.* RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 399 U. S. 920;

No. 1619, October Term, 1969. VASILJ *v.* UNITED STATES, 399 U. S. 928;

No. 1399, Misc., October Term, 1969. CARTER ET AL. *v.* UNITED STATES, 399 U. S. 935;

No. 2066, Misc., October Term, 1969. TAYLOR *v.* SUPERIOR COURT, COUNTY OF RIVERSIDE, 399 U. S. 931;

No. 2111, Misc., October Term, 1969. LOPEZ *v.* UNITED STATES, 399 U. S. 932; and

No. 2130, Misc., October Term, 1969. HARDIE *v.* NEVILLE, U. S. DISTRICT JUDGE, 399 U. S. 922. Petitions for rehearing denied.